## CERTIFICATE OF SERVICE

I CERTIFY that on this 13th day of April, 2020, I served the: (1) Motion to Compel Production of Documents Pursuant to Fed. R. Civ. P. 45; (2) Declaration of Michelle Rusk in Support of Motion to Compel Production of Documents Pursuant to Fed. R. Civ. P. 45; and (3) Exhibits A through D to the Declaration of Michelle Rusk electronically by email to the attorneys of record on the Service List below.

/s/ Edward Glennon
Edward Glennon

## SERVICE LIST

Geoffrey W. Castello, III.
Glenn T. Graham
Jaclyn M. Metzinger
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800
gcastello@kelleydrye.com
ggraham@kelleydrye.com
jmetzinger@kelleydrye.com
*Attorneys for Quincy Bioscience Holding Co., Inc., et al.*

John H. Villafranco
Kelley Drye & Warren LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, D.C. 20007
(202) 342-8423
jvillafranco@kelleydrye.com
*Attorneys for Quincy Bioscience Holding Co., Inc., et al.*

John B. Kelly
Cozen O'Connor
1200 19th Street, NW
Washington, DC 20036
(202) 471-3148
jbkelly@cozen.com
*Attorney for Mark Underwood*

Kate Matuschak
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-6189
kate.matuschak@ag.ny.gov
*Attorney for People of the State of New York by New York State Attorney General Letitia James*

Michael B. de Leeuw
Tamar S. Wise
Kristin Keehan
Cozen O'Connor
45 Broadway Atrium, Suite 1600
New York, NY 10006
(212) 908-1331
mdeleeuw@cozen.com
twise@cozen.com
kkeehan@cozen.com
*Attorneys for Mark Underwood*