IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** and<br><br>**THE PEOPLE OF THE STATE OF NEW YORK**, by **LETITIA JAMES**, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>**QUINCY BIOSCIENCE HOLDING COMPANY, INC.**, a corporation;<br><br>**QUINCY BIOSCIENCE, LLC**, a limited liability company;<br><br>**PREVAGEN, INC.**, a corporation d/b/a **SUGAR RIVER SUPPLEMENTS**;<br><br>**QUINCY BIOSCIENCE MANUFACTURING, LLC**, a limited liability company;<br><br>**MARK UNDERWOOD**, individually and as an officer of **QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC,** and **PREVAGEN, INC.**; and<br><br>**MICHAEL BEAMAN**, individually and as an officer of **QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC,** and **PREVAGEN, INC.**,<br><br>Defendants. | Misc. No.: 1:20-mc-00023-EGS<br><br>[S.D.N.Y. Case No. 1:17-cv-00124-LLS] |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Third-party Georgetown Economic Services, LLC ("GES")[1] submits this unopposed Motion to extend the time to file its Opposition (the "Unopposed Motion to Extend") to Plaintiff Federal Trade Commission's ("FTC") Motion to Compel Production of Documents Pursuant to Fed. R. Civ. P. 45.  (ECF No. 1).  In support of its Unopposed Motion to Extend, GES states as follows:

1. On April 10, 2020, FTC filed a Motion to Compel Production of Documents Pursuant to Fed. R. Civ. P. 45. (ECF No. 1.)  Counsel for GES was served by email with the Motion to Compel on April 13, 2020.

2. Pursuant to Local Rules of the U.S. District Court for the District of Columbia 7(b) and 7(d), GES's response in Opposition to FTC's Motion to Compel is currently due on Monday, April 27, 2020, with FTC's Reply due on May 4, 2020.

3. In light of the ongoing national pandemic related to COVID-19 and corresponding restrictions, GES seeks a two-week extension to file its response until May 11, 2020, with FTC's reply memorandum, if any, due on May 18, 2020.  This is the first request for an extension in this matter.

4. Counsel for the parties have conferred regarding this Motion.  FTC does not oppose the Motion or the relief requested herein.

---

[1] FTC listed Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc. d/b/a Sugar River Supplements, and Quincy Bioscience Manufacturing, LLC (collectively the "Quincy Defendants") on the caption of its Motion to Compel.  The Quincy Defendants are defendants in the related action pending in the Southern District of New York captioned *Federal Trade Commission, et al. v. Quincy Bioscience Holding Company, Inc.*, *et al.*, No. 1:17-cv-00124-LLS (S.D.N.Y.)  GES is not a party to that action.  While FTC's Motion to Compel is directed to GES, it states that, "for purposes of this motion [FTC] is treating the objections as if they had been made by Defendants."  (ECF No. 1 at 2 n.2.)  Thus, to the extent that FTC's Motion to Compel is also directed to the Quincy Defendants, the relief sought in GES's extension request is also respectfully requested on behalf of the Quincy Defendants.

5.     Accordingly, GES respectfully requests that the Court grant this Motion, extending the deadline for GES to file its Opposition to the Motion to Compel to May 11, 2020, with the Reply from FTC, if any, due on May 18, 2020.

Dated: April 23, 2020
      Washington, D.C.

KELLEY DRYE & WARREN LLP

By: */s/ Bezalel A. Stern*
    Bezalel A. Stern
    Washington Harbour, Suite 400
    3050 K Street, NW
    Washington, DC 20007
    Tel. (202) 342-8422
    Fax: (202) 342-8451
    bstern@kelleydrye.com

    Geoffrey W. Castello (*pro hac vice forthcoming*)
    Jaclyn M. Metzinger (*pro hac vice forthcoming*)
    Glenn T. Graham (*pro hac vice forthcoming*)
    101 Park Avenue
    New York, New York 10178
    Tel: (212) 808-7800
    Fax: (212) 808-7897
    gcastello@kelleydrye.com

    *Counsel for Third-Party Georgetown Economic Services, LLC*

    *Counsel for Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc. d/b/a Sugar River Supplements, and Quincy Bioscience Manufacturing, LLC*