**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.* | |
| Plaintiffs, | Misc. No.: 1:20-mc-00023-EGS |
| v. | [S.D.N.Y. Case No. 1:17-cv-00124-LLS] |
| QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation, *et al*. | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION**
**FOR EXTENSION OF TIME**

Upon consideration of the Unopposed Motion of Georgetown Economic Services, LLC ("GES") to Extend Response Deadline and other relevant portions of the record, it is hereby

ORDERED that the date by which any party opposing the Federal Trade Commission's ("FTC") Motion to Compel Production of Documents must file its Opposition on or before May 11, 2020, with the Reply from FTC, if any, due on or before May 18, 2020.

SO ORDERED.

April __, 2020

_____
The Honorable Emmet G. Sullivan
United States District Judge