IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York<br><br>    Plaintiffs,<br><br>    v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.<br><br>    Defendants. | Civil Action No. 1:20-mc-00023-EGS |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc., and Quincy Bioscience Manufacturing, LLC ("Quincy Defendants"), and non-party Respondent Georgetown Economic Services ("GES"), respectfully move for the admission *pro hac vice* of attorney Jaclyn M. Metzinger in the above-

captioned action. An accompanying Declaration of Jaclyn M. Metzinger is being filed in support of this Motion.

As set forth in her accompanying declaration, Jaclyn M. Metzinger is not admitted to practice in the District of Columbia and is admitted to practice and an active member in good standing of the following courts and bars: the Bar of the State of New York, the United States Courts of Appeals for the Second Circuit and the Ninth Circuit, and the United States District Courts for the Southern District of New York, the Eastern District of New York, the Northern District of New York, and the Northern District of Illinois.

DATED:  May 12, 2020                              Respectfully submitted,


                                                  */s/ Bezalel A. Stern*
                                                  Bezalel A. Stern (D.C. Bar # 1025745)
                                                  Kelley Drye & Warren, LLP
                                                  3050 K Street N.W., Suite 400
                                                  Washington, D.C. 20007
                                                  bstern@kelleydrye.com
                                                  Tel.: (202) 342-8422
                                                  Fax: (202) 342-8451
                                                  *Counsel for Quincy Defendants and GES*