IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION and <br><br> THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York <br><br> Plaintiffs, <br><br> v. <br><br> QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation; <br><br> QUINCY BIOSCIENCE, LLC, a limited liability company; <br><br> PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS; <br><br> QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and <br><br> MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC. <br><br> Defendants. | Civil Action No. 1:20-mc-00023-EGS |

### DECLARATION OF JACLYN M. METZINGER

I, Jaclyn M. Metzinger, make this declaration pursuant to 28 U.S.C. § 1746 and Local Civil Rule 83.2(d) in support of the Motion by Bezalel A. Stern for my admission *pro hac vice* to this Court:

1. My full name is Jaclyn Marie Metzinger.

2. My office address, telephone number and email address are:

KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 808-7843
Email: JMetzinger@KelleyDrye.com

3. I am admitted to the Bar of the State of New York, admitted in 2009, Bar No. 4695920.

4. I am also admitted to practice before the United States District Courts for Southern District of New York, the Eastern District of New York, the Northern District of New York, and the Northern District of Illinois. In addition, I am admitted to appear before the United States Courts of Appeals for the Second Circuit and the Ninth Circuit.

5. I certify that no disciplinary proceeding is pending against me in any jurisdiction, nor has any discipline been imposed upon me in any jurisdiction in the past.

6. During the two years immediately preceding the filing of this Motion, I have not been admitted *pro hac vice* in this Court.

7. I do not practice in the District of Columbia, nor have I held myself out to be competent or qualified to practice in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 11, 2020 at New York, New York.

_____
Jaclyn M. Metzinger