**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION and** ) | |
| ) | |
| **THE PEOPLE OF THE STATE OF** ) | |
| **NEW YORK, by LETITIA JAMES,** ) | |
| **Attorney General of the State of** ) | |
| **New York** ) | |
| ) | |
|    **Plaintiffs,** ) | |
| ) | |
|         **v.** ) | |
| ) | |
| **QUINCY BIOSCIENCE HOLDING** ) | |
| **COMPANY, INC., a corporation;** ) | |
| ) | |
| **QUINCY BIOSCIENCE, LLC, a limited** ) | **Civil Action No. 1:20-mc-00023-EGS** |
| **liability company;** ) | |
| ) | |
| **PREVAGEN, INC., a corporation d/b/a/** ) | |
| **SUGAR RIVER SUPPLEMENTS;** ) | |
| ) | |
| **QUINCY BIOSCIENCE** ) | |
| **MANUFACTURING, LLC, a limited** ) | |
| **liability company; and** ) | |
| ) | |
|    **Defendants.** ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted *pro hac vice* to practice in this court, and I appear in this case as counsel for:

Georgetown Economic Services, LLC, Quincy Bioscience Holding Company, Inc., Quincy

Bioscience LLC, Prevagen, Inc., and Quincy Bioscience Manufacturing, LLC.

DATED:  May 21, 2020                                    Respectfully submitted,

/s/ Geoffrey Castello
Geoffrey Castello (admitted *pro hac vice*)
Kelley Drye & Warren, LLP
One Jefferson Road
2nd Floor
Parsippany, NJ 07054
gcastello@kelleydrye.com
Tel.: (973) 503-5922
Fax: (973) 503-5950
*Counsel for Georgetown Economic Services, LLC, Quincy Bioscience Holding Company, Inc., Quincy Bioscience LLC, Prevagen, Inc., and Quincy Bioscience Manufacturing, LLC*