## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** and **THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES,** Attorney General of the State of New York,<br><br>    Plaintiffs,<br><br>    v.<br><br>**QUINCY BIOSCIENCE HOLDING COMPANY, INC.,** a corporation;<br><br>**QUINCY BIOSCIENCE, LLC,** a limited liability company;<br><br>**PREVAGEN, INC.,** a corporation d/b/a/ **SUGAR RIVER SUPPLEMENTS;**<br><br>**QUINCY BIOSCIENCE MANUFACTURING, LLC,** a limited liability company; and<br><br>    Defendants. | Civil Action No. 1:20-mc-00023-EGS |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted *pro hac vice* to practice in this court, and I appear in this case as counsel for:

Georgetown Economic Services, LLC, Quincy Bioscience Holding Company, Inc., Quincy Bioscience LLC, Prevagen, Inc., and Quincy Bioscience Manufacturing, LLC.

DATED:  May 21, 2020                                             Respectfully submitted,

2

/s/ Glenn T. Graham
Glenn T. Graham (admitted *pro hac vice*)
Kelley Drye & Warren, LLP
One Jefferson Road
2nd Floor
Parsippany, NJ 07054
ggraham@kelleydrye.com
Tel.: (973) 503-5917
Fax: (973) 503-5950
*Counsel for Georgetown Economic Services, LLC, Quincy Bioscience Holding Company, Inc., Quincy Bioscience LLC, Prevagen, Inc., and Quincy Bioscience Manufacturing, LLC*