## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation;<br><br>QUINCY BIOSCIENCE, LLC, a limited liability company;<br><br>PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS;<br><br>QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; and<br><br>MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.<br><br>Defendants. | Misc. No.: 1:20-mc-00023-EGS<br><br>[S.D.N.Y Case No. 1:17-cv-00124-LLS]<br><br><br><br><br>**DECLARATION OF<br><u>MICHELLE K. RUSK</u>** |

MICHELLE K. RUSK, certifies and declares as follows:

1.      I am an attorney employed by and representing the Federal Trade Commission ("FTC") in the above-captioned case currently pending in the Southern District of New York (the "S.D.N.Y. Action").  My business address is 600 Pennsylvania Ave., N.W., CC-10528, Washington, D.C., 20580.  I make this declaration in support of the FTC'S Reply to the Opposition submitted by Georgetown Economic Services, LLC ("GES") regarding the FTC's Motion to Compel Production of Documents Pursuant to Fed. R. Civ. P. 45.

2.      The facts set forth herein are based on my personal knowledge or information made known to me in the course of my official duties, and if called as a witness I could competently testify thereto.

3.      I have attached hereto as Exhibit A a true and correct copy of Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc., and Quincy Bioscience Manufacturing, LLC's Responses and Objections to Plaintiff's First Document Requests served on the FTC on October 21, 2019 in the S.D.N.Y. action.   Defendants' general objections in this document included Objection 16, in which they state that they will not respond to the extent the requests call "for documents or information in the possession, custody, or control of persons or entities other than Defendants.  Defendants are only responding on their own behalf, and not on behalf of any other entities."

4.      Defendants also objected to specific requests including Plaintiffs' Document Requests Nos. 11 and 13, which call for, among other things, documents and communications related to the GES's analyses of the results of the Madison Memory Study.  Defendants' objections to these requests included that the requests "seek[ ] documents in the unique possession of Persons other than Defendants" and that "Defendants will not provide any information in response … that is not in Defendants' possession custody, or control."

5.      As of May 15, 2020, Defendants had produced more than 80,000 documents, which the FTC has downloaded into a searchable electronic database.  The majority of these 80,000 documents have been produced without any indication of the document requests to which they are responsive.  On May 15, 2020, I conducted five searches of the database for documents related to work performed by GES in reanalyzing the Madison Memory Study.  For these searches, I used the search germs "GES" and "Georgetown Economic" as well as the last names

2

of Robert N. Fenili, Janet Liang, and Howard Beales – the three individuals that the FTC has

identified as being involved in the GES work.  These searches found no documents or

communications related to the GES work other than the white papers submitted to Plaintiffs

referencing two specific re-analyses performed by GES but containing no other information

about any related work performed by GES on the Madison Memory Study data.

I declare under penalty of perjury that the foregoing is true and correct.

       Executed in Arlington, VA on May 22, 2020.

                     /s/ Michelle K. Rusk
                     MICHELLE K. RUSK
                     mrusk@ftc.gov; (202) 326-3148
                     Federal Trade Commission
                     600 Pennsylvania Ave., NW; Room CC-10528
                     Washington, DC 20580
                     Fax: (202) 326-3259
                     Attorney for Plaintiff
                     FEDERAL TRADE COMMISSION